STATE OF LOUISIANA
COURT OF APPEAL, SECOND CIRCUIT
430 Fannin Street
Shreveport, LA 71101
(318) 227-3700

No. 56,751-CW

MOLLY MORGAN AND ROBERT MORGAN
ON BEHALF OF THEIR MINOR CHILD, ALLIE MORGAN

VERSUS

SOUTHERN HOSPITALITY SERVICES, LLC, ET AL

FILED: 10/10/25
RECEIVED: E-FILED 10/10/25

On application of Arch Insurance Company for SUPERVISORY WRIT in No. 2025-1762 on the docket of the Fourth Judicial District, Parish of OUACHITA, Judge Frederick Douglass Jones.

PLAUCHE MASELLI PARKERSON LLP   Counsel for:
Eric Sella   Arch Insurance Company and
Sarah Town   Southern Hospitality Services, LLC

Bruscato Law Firm   Counsel for:
John F. Bruscato   Molly Morgan, Robert Morgan, and
Eric Michael Mahaffey   Allie Morgan

TAYLOR, WELLONS, POLITZ, ET AL   Counsel for:
Paul J. Politz   MCRT3 West Monroe Tenant, L.L.C.
Victoria Adonais Andry   dba Hilton Garden Inn

Before PITMAN, MARCOTTE, and ELLENDER, JJ.

**<u>WRIT GRANTED TO DOCKET</u>**.

The applicant, Arch Insurance Company, seeks supervisory review of the trial court's Judgment of September 11, 2025, denying its Peremptory Exception of No Right of Action and Motion to Strike.

The Clerk of the Fourth Judicial District Court, Ouachita Parish, is hereby ordered to forward to this Court on or before __January 23__, 2026, duplicate certified copies of the record in the above-captioned matter. Once the record has lodged, the parties shall file their briefs in accordance with the provisions of the Uniform Rules for Louisiana Courts of Appeal, and as ordered by

Docket No. 56,751-CW                                          Page 2

the Clerk of this Court. Once the time for briefing has elapsed, this matter shall be submitted for decision on the next available appellate calendar

Shreveport, Louisiana, this 9 day of December , 2025.

FILED:    December 9, 2025

DEPUTY CLERK

Certified Article Number

9414 7266 9904 2228 3086 28

SENDER'S RECORD